The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>ANDRE AMAYA | Case Number:  14-CR-0072 MCE<br>**STIPULATION AND ORDER** |

    Plaintiff United States of America, by and through its counsel of record, and the Defendant, by and through each counsel of record, hereby stipulate as follows:

    1.    The parties respectfully request that the Court continue the trial of this matter from May 18, 2015 at 9 am until July 20, 2015 at 9 am and the Trial Confirmation Hearing from April 23, 2015 at 9 am until June 25, 2015 at 9 am.

2. By this stipulation, parties now move to continue the jury trial of this matter until July 20, 2015, and to exclude time between May 18, 2015, and July 20, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has provided discovery associated with this case.

b. Counsel for the defendant desires time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter and to discuss potential resolutions with his client.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2015 and July 20, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Respectfully submitted April 9, 2015

/s/ Olaf W. Hedberg
Olaf W. Hedberg
Attorney for Andre Amaya

/s/ Jill Thomas
 Jill Thomas
Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the May 18, 2015 jury trial be continued to July 20, 2015 at 9:00 a.m., and that the Trial Confirmation Hearing currently set for April 23, 2015 at 9 am be reset for June 25, 2015 at 9 am. The Court finds that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the best interest of the public and Defendant's interest in a speedy trial. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (ii) and Local Code T4 from the date of this order to July 20, 2015.

IT IS SO ORDERED.

Dated: April 20, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT