The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>ANDRE AMAYA | Case Number:  14-CR-0072 MCE<br>**STIPULATION AND ORDER** |

      Plaintiff United States of America, by and through its counsel of record, and the Defendant, by and through each counsel of record, hereby stipulate as follows:

      1.     During the week of June 15, 2015 Attorney Hedberg received a new set of discovery. This material consisted of 106 pages and twenty discs. The previous discovery in the case had totaled approximately 15 pages and four discs. The new materials are reports and audio recordings. Defense counsel needs time to review it with his client, explore alternate trial strategies and possibly conduct either new or further investigation.

   Also, Defense Counsel is currently set to go to trial on June 29, 2015 in *People v. Patterson* Sacramento County Superior Court case 14F01427, a homicide matter estimated to last 7-10 days. Further Defense counsel is set for jury trial in the *People v. Montoya et al.* Sacramento Superior Court case 13F00205. This is a special circumstances homicide case that has received extensive publicity. Trial in that matter is set for September 9, 2015 and is expected to last 4-6 weeks. Defense Counsel is also set for the jury trial of the matter *US v. Kahan, et al.* 14-169 MCE November 9, 2015 the trial of which is expected to last 3 weeks.

  2. By this stipulation, the defendant now move to continue the Trial Readiness Conference of the instant matter until December 10, 2015 and the Jury Trial of the instant matter until January 4, 2016 under Local Code T4 for preparation of Counsel and also Continuity of Counsel. Plaintiff does not oppose this request.

  3. The parties agree and stipulate, and request that the Court find the following:

  a. The government has provided substantial additional discovery associated with this case.

  b. Counsel for the defendant desires time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter and to discuss potential resolutions with his client. Further, Counsel for the Defendant's previous court commitments will increase the time needed to perform the previously described tasks.

  c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 20, 2015 to January 4, 2016 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Respectfully submitted June 23, 2015

/s/ Olaf W. Hedberg
Olaf W. Hedberg
Attorney for Andre Amaya

/s/ Jill Thomas
 Jill Thomas
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the July 20, 2015 jury trial is continued to January 4, 2016 at 9:00 a.m. The Court specifically finds that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (ii) and Local Code T4 from the date of this order to January 4, 2016.

IT IS SO ORDERED.

Dated:  June 25, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT